EDGAR FRANKEN, Respondent, v. EDWIN A. McALPIN, as Treasurer of the Republican State Committee, Appellant.

APPEAL by the defendant from a judgment of the City Court of the city of New York, entered on a verdict for the plaintiff and from an order denying a motion for new trial.   The action was for services alleged to have been rendered in the political campaign of the fall of 1898.   The defendant was an unincorporated association, consisting of more than seven members, and was sued by its treasurer.

Arthur Hurst, for appellant.

Oppenheim & Severance (Wales F. Severance, of counsel), for respondent.

FITZSIMONS, Ch. J.   We think the procedure, as to parties defendant, appropriate.   Code, § 1919; Winter v. Hamm, 5 Civ. Pro. 194; McKane v. Democratic General Committee, 21 Abb. N. C. 89, and kindred cases.

The amendment allowed, at folio 76 of the case, was in furtherance of justice (Code, § 723), and did not substantially change the plaintiff's claim.   The defendant asserted but did not prove surprise.   Code, § 539.

The evidence in, at the conclusion of the trial, presented a conflict of evidence.   At all events, no motion was then made to dis-

miss the complaint, and the defendant, by the conduct of the trial, conceded that the case was one for the jury. Hess & Co. v. Baar, 14 Misc. Rep. 286, 287; Helmuth v. Apgar, 17 id. 623, 625; Kaufman v. Canary, 21 id. 302, 304; Pollock v. Pennsylvania Iron Works, 157 N. Y. 699, 700.

The exceptions are without merit, and the judgment and order appealed from must be affirmed, with costs.

CONLAN and McCARTHY, JJ., concur.

Judgment and order affirmed, with costs.